**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7121**

———————

JIMMY DEAN RIOS, through his power of attorney
Orus C. Barker,

Plaintiff - Appellant,

versus

PAULA A. ADKINS, Doctor,

Defendant - Appellee,

and

FIRST HEALTH MONTGOMERY MEMORIAL HOSPITAL,

Defendant.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  N. Carlton Tilley, Jr.,
Chief District Judge. (CA-03-274-1)

———————

Submitted:  November 30, 2004    Decided:  December 13, 2004

———————

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jimmy Dean Rios, Appellant Pro Se. Kari Russwurm Johnson, CRANFILL,
SUMNER & HARTZOG, LLP, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Dean Rios appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint under Federal Rule of Civil Procedure 12(b)(6) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Rios v. First Health Montgomery Mem. Hosp., No. CA-03-274-1 (M.D.N.C. Mar. 9 & June 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED